```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 09387
   WILLIAM R WILSON JR
   MIYAKO WILSON                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7025    SSN XXX-XX-6999

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/16/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

     The case was dismissed after confirmation 02/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO CARD SERVICE   UNSECURED         10200.46           .00        1267.77
WELLS FARGO FINANCIAL IL   SECURED             500.00         15.07         500.00
HOMEQ SERVICING CORP       CURRENT MORTG         .00            .00            .00
TAYLOR BEAN WHITAKER       CURRENT MORTG         .00            .00            .00
CARMAX AUTO FINANCE        SECURED            9150.00        275.68        9150.00
CARMAX AUTO FINANCE        UNSECURED           107.21           .00            .00
FLEET                      UNSECURED         NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         13909.60           .00        1637.49
BANK OF AMERICA NA         UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         21635.59           .00        2689.00
ECAST SETTLEMENT CORP      UNSECURED         17297.01           .00        2149.77
BEST BUY                   UNSECURED         NOT FILED          .00            .00
CAPITAL ONE                UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         18947.33           .00        2354.89
CHASE                      UNSECURED         NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         13288.94           .00        1564.43
RESURGENT CAPITAL SERVIC   UNSECURED         25074.72           .00        2951.90
DISCOVER                   FILED LATE        11026.42           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          3241.83           .00         393.26
ECAST SETTLEMENT CORP      UNSECURED          9548.64           .00        1186.75
SHERMAN ACQUISITION        UNSECURED          1016.58           .00         116.63
WELLS FARGO                NOTICE ONLY       NOT FILED          .00            .00
WELLS FARGO CARD SERVICE   UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          2025.23           .00         251.71
WELLS FARGO FINANCIAL IL   UNSECURED           251.91           .00          16.71
ERICKSON MANAGEMENT CO     NOTICE ONLY       NOT FILED          .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY       NOT FILED          .00            .00
NEX/MIL STAR/EXCHANGE      UNSECURED           773.19           .00          88.71
SHERMAN ACQUISITION        UNSECURED           304.06           .00          32.87
INTERNAL REVENUE SERVICE   PRIORITY            133.35           .00         133.35
ECAST SETTLEMENT CORP      UNSECURED         18845.97           .00        2342.30
ECAST SETTLEMENT CORP      UNSECURED              .00           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 09387 WILLIAM R WILSON JR & MIYAKO WILSON
```

```
WELLS FARGO CARD SERVICE   UNSECURED      488.26           .00          52.82
JOSEPH WROBEL              DEBTOR ATTY  1,394.00                      1,394.00
TOM VAUGHN                 TRUSTEE                                    1,591.41
DEBTOR REFUND              REFUND                                       438.48

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 32,595.00

PRIORITY                                            133.35
SECURED                                           9,650.00
    INTEREST                                        290.75
UNSECURED                                        19,097.01
ADMINISTRATIVE                                    1,394.00
TRUSTEE COMPENSATION                              1,591.41
DEBTOR REFUND                                       438.48
                       ---------------        ---------------
TOTALS                  32,595.00                32,595.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE